# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

EX REL BEVERLY BRYANT FOREIGN : No. 114 EM 2016
ESTATE INTER VIVOS NON RESIDENT :
ALIEN FOREIGN NEUTRAL IN PROPRIA :
PERSONA SUI JURIS IN VIVUS, :
                                :
        Petitioner :
                                :
                                :
    v. :
                                :
                                :
                                :
BANK OF NEW YORK MELLON, :
                                :
        Respondent :

## ORDER

**PER CURIAM**

    **AND NOW**, this 1st day of September, 2016, the "Original Matters Jurisdiction Petition" and the "Leave to File Motion Order Grant Extraordinary Relief King's Bench" are **DENIED**